COLEEN FERTITTA et al., Appellants, v AUGUST PAGANO et al., Respondents.

Submitted May 16, 2005; decided June 29, 2005

Motion for leave to appeal dismissed upon the ground that simultaneous appeals do not lie to both the Appellate Division

and the Court of Appeals (*see Parker v Rogerson*, 35 NY2d 751, 753 [1974]).